# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

EUGENE CLEMONS,

     Plaintiff,

vs.

LINDA MULKEY, et al.,

     Defendants.

Case No. 2:12-CV-00169-KJD-(VCF)

**ORDER**

     Plaintiff has submitted an amended complaint (#4). Just as with the original complaint (#3), plaintiff did not sign the amended complaint (#4). Rule 11 of the Federal Rules of Civil Procedure requires plaintiff to sign every document that he submits to the court.

     IT IS THEREFORE ORDERED that the clerk of the court shall send a copy of the amended complaint (#4) to plaintiff. Plaintiff shall have thirty (30) days from the date on which this order is entered to re-submit the amended complaint with his signature. Failure to comply will result in the dismissal of this action.

     DATED: March 13, 2012

_____
KENT J. DAWSON
United States District Judge