# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EUGENE CLEMONS,

    Plaintiff,

v.

N.D.O.C., *et al.*,

    Defendants.

Case No. 2:12-CV-00169-KJD-VCF

**ORDER**

On November 20, 2012, the office of the Attorney General informed the Court that Plaintiff Clemons is no longer incarcerated and there is no last known address. On November 21, 2012, the Court issued an order (#12) requiring that Plaintiff update his current address with the Court on or before December 21, 2012. Plaintiff has failed to update his address or provide a forwarding address. Local Special Rule 2–2 authorizes dismissal with prejudice where a plaintiff fails to notify the court of his change of address.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

DATED this 16th day of January 2013.

_____
Kent J. Dawson
United States District Judge